IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN M. CHELTON and | ) | |
| LEAH C. CHELTON, individually | ) | |
| and as parents and natural guardians of | ) | No. 1:19-CV-00323-SPB |
| C.J.C., a minor, | ) | |
| Plaintiffs, | ) | Honorable Susan Paradise Baxter |
| vs. | ) | |
| | ) | |
| SOUS TRANSPORTATION, INC, | ) | |
| Defendant. | ) | ELECTRONICALLY FILED |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) & (c) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case/action be dismissed with prejudice as to the Defendant Sous Transportation, Inc.  Each party to bear their own costs.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Robert Varsek* | /s/ *Robert C. Betchtell, Jr.* |
| Robert Varsek, Esquire | Alan T. Silko, Esquire |
| Rosen Varsek & Rosen | Email:  ASilko@Silkolaw.com |
| 112 Center Street | Robert C. Bechtell, Jr., Esquire |
| Oil City, PA  16301 | Email:  RBetchell@Silkolaw.com |
| Tele. No.:  814-677-3094 | Silko & Associates, P.C. |
| Fax. No.:  814-677-5102 | 80 Emerson Lane, Suite 1305 |
| E-mail:  robertvarsek@yahoo.com | Bridgeville, PA  15017 |
| *Counsel for Plaintiffs* | Tele. No.:  412-914-0144 |
| | *Counsel for Defendant* |

ACCORDINGLY, it is ORDERED, that by stipulation of the parties, the above-captioned case/action inclusive of all direct claims advanced by the Plaintiff against the Defendant Sous Transportation, Inc., are DISMISSED with prejudice, with each party bearing its own expenses, notice by the Clerk being hereby waived.

_____
Susan Paradise Baxter
U.S. District Judge